UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENVERT GREEN, JR., | Case No. 5:24-cv-01874-MWC-JC |
| Petitioner, | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| WARDEN RICOLCOL, | |
| Respondent. | |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts and adopts the findings, conclusions and recommendation of the Magistrate Judge reflected in the March 12, 2025 Report and Recommendation of United States Magistrate Judge.

IT IS HEREBY ORDERED that (1) Respondent's Motion to Dismiss Habeas Petition is granted; (2) Petitioner's Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 ("Petition") is denied and the Petition and this action are dismissed with prejudice; (3) Judgment shall be

///

///

1  entered accordingly; and (4) the Clerk shall serve copies of this Order and the
2  Judgment on Petitioner and counsel for Respondent.
3        IT IS SO ORDERED.

DATED: April 16, 2025

*[signature]*

_____
HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE