UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENVERT GREEN, JR., | Case No. 5:24-cv-01874-MWC-JC |
| Petitioner, | JUDGMENT |
| v. | JS-6 |
| WARDEN RICOLCOL, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241 ("Petition") is denied and the Petition and this action are dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: April 16, 2025

_____
HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE